E-filing

FILED
08 MAR 11 PM 3:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JOSE L. ROMERO
                    Plaintiff,

vs.

JAMES A. YATES, WARDEN
                    Defendant.

CASE NO. _____ CV 08 ____ MHP

(PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, JOSE L. ROMERO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed?   Yes ___   No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____        - 1 -

1 | and wages per month which you received. (If you are imprisoned, specify the last place of
2 | employment prior to imprisonment.)
3 | GENERAL HOSPITAL IN SAN FRANCISCO CA.
4 | _____
5 | _____
6 | 2.   Have you received, within the past twelve (12) months, any money from any of the following
7 | sources:
8 |     a.   Business, Profession or                          Yes ___ No X
9 |          self employment
10 |    b.   Income from stocks, bonds,                       Yes ___ No X
11 |         or royalties?
12 |    c.   Rent payments?                                   Yes ___ No X
13 |    d.   Pensions, annuities, or                          Yes ___ No X
14 |         life insurance payments?
15 |    e.   Federal or State welfare payments,               Yes ___ No X
16 |         Social Security or other govern-
17 |         ment source?
18 | If the answer is "yes" to any of the above, describe each source of money and state the amount
19 | received from each.
20 | _____
21 | _____
22 | 3.   Are you married?                                    Yes ___ No X
23 | Spouse's Full Name: _____
24 | Spouse's Place of Employment: _____
25 | Spouse's Monthly Salary, Wages or Income:
26 | Gross $_____ Net $_____
27 | 4.   a.   List amount you contribute to your spouse's support : $ _____
28 |      b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____        - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.   Do you own or are you buying a home?       Yes ___ No X
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.   Do you own an automobile?                  Yes ___ No X
8  Make _____ Year _____ Model _____
9  Is it financed? Yes ____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.   Do you have a bank account?  Yes ___ No X (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ___ No X  Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)  Yes ___ No X
18 _____
19 8.   What are your monthly expenses?
20 Rent: $ 0 _____ Utilities: 0 _____
21 Food: $ 0 _____ Clothing: 0 _____
22 Charge Accounts:
23 <u>Name of Account</u>         <u>Monthly Payment</u>              <u>Total Owed on This Acct.</u>
24 N/A _____ $ _____ $ _____
25 _____ $ _____ $ _____
26 _____ $ _____ $ _____
27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                  - 3 -

1   STATE RESTITUTION 3,200
2   
3   10.    Does the complaint which you are seeking to file raise claims that have been presented in
4   other lawsuits?                                                   Yes ___ No ✗
5   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6   they were filed.
7   _____N/A_____
8   
9          I consent to prison officials withdrawing from my trust account and paying to the court the
10  initial partial filing fee and all installment payments required by the court.
11         I declare under the penalty of perjury that the foregoing is true and correct and understand
12  that a false statement herein may result in the dismissal of my claims.
13
14  01/18-08                                    [signature]
15     DATE                                     SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 4 -

1
2                                              **Case Number:** _____
3
4
5
6
7
8
9                              **CERTIFICATE OF FUNDS**
10                                         **IN**
11                              **PRISONER'S ACCOUNT**
12
13     I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of <u>Jose L. Romero</u> # V91683 for the last six months at
15                                    [prisoner name]
16   <u>Pleasant Valley State Prison</u> where (s)he is confined.
17            [name of institution]
18     I further certify that the average deposits each month to this prisoner's account for the most
19   recent 6-month period were $ <u>-0-</u> and the average balance in the prisoner's account
20   each month for the most recent 6-month period was $ <u>-0-</u>.
21
22   Dated: <u>3/3/08</u>                         <u>P. Ortiz, CCC</u>
23                                            [Authorized officer of the institution]
24
25
26
27
28

- 5 -

```
REPORT ID: TS3030 .701                                          REPORT DATE: 02/26/08
                                                                PAGE NO:           1
                   CALIFORNIA DEPARTMENT OF CORRECTIONS
                          PLEASANT VALLEY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: AUG. 26, 2007 THRU FEB. 26, 2008

ACCOUNT NUMBER : V91683                    BED/CELL NUMBER: BFB5T1000000106L
ACCOUNT NAME   : ROMERO, JOSE LENIN              ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                          TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          TRUST ACCOUNT SUMMARY

BEGINNING         TOTAL        TOTAL       CURRENT       HOLDS     TRANSACTIONS
 BALANCE        DEPOSITS    WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
----------      --------    -----------    -------     -------     ------------
   0.00           0.00          0.00         0.00        0.00          0.00

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                      ---------
                                                         0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-26-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE

```
TS210B           CALIFORNIA DEPARTMENT OF CORRECTIONS
                      ITAS TRUST ACCOUNT DISPLAY


-------------- ACCOUNT INFORMATION -------------- ------ SPECIAL ITEMS -------

ACCOUNT NUMBER: V91683
   ACCOUNT NAME: ROMERO, JOSE  LENIN
   ACCOUNT TYPE: I
CURRENT BALANCE:        0.00
   HOLD BALANCE:        0.00
 ENCUM. BALANCE:        0.00
      AVAILABLE:        0.00
PRIVILEGE GROUP: B
   LAST CANTEEN:
------------------------- ACCOUNT TRANSACTIONS -------------------------TS210CA
   DATE   TRAN  AMOUNT      DESCRIPTION      CHECK NUM    COMMENT      BALANCE
 -------- ---- ----------- ---------------- -----------  ----------  -----------

 11/23/05 D320        1.39  TRUST FUNDS TRA              2134 SQ          1.39
 01/09/07 W536        1.39  COPAY CHARGE                 3034COPAY         0.00




PAGE#    1 OF    1 PAGES

  REST   ACCOUNT  PREVIOUS   NEXT       DISPLAY   SELECT    PRINT      MAIN
  FINES  DISPLAY    PAGE     PAGE       HOLDS     NEW ACCT  SCREEN     MENU
```

INMATE COPY