UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE LENIN ROMERO,    No. C 08-1385 MHP (pr)

    Petitioner,    **ORDER TO SHOW CAUSE**

    v.

JAMES A. YATES, warden,

    Respondent.
                                         /

## INTRODUCTION

Jose Lenin Romero, currently incarcerated at the Pleasant Valley State Prison, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. His petition is now before the court for review pursuant to 28 U.S.C. §2243 and Rule 4 of the Rules Governing Section 2254 Cases. His motion for appointment of counsel and in forma pauperis application also are before the court for its consideration.

## BACKGROUND

According to the habeas petition, Romero was convicted in San Francisco County Superior Court of second degree murder. On August 12, 2005, he was sentenced to 16 years to life in prison. Romero appealed. The California Court of Appeal affirmed the conviction and the California Supreme Court denied the petition for review. Romero then filed this action.

**DISCUSSION**

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). A district court considering an application for a writ of habeas corpus shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

The petition asserts three federal constitutional claims. First, Romero claims that the trial court erred in refusing to instruct the jury on the lesser included offense of voluntary manslaughter. Although this claim was argued as a state law claim in the petition for review, a March 27, 2007 supplemental letter brief to the California Supreme Court argued that the instructional error also violated Romero's federal right to due process. Second, Romero claims that the jury instructions on second degree felony murder permitted the jury to return a guilty verdict on the murder charge based on a legally impermissible theory. He alleges that the instructions and the prosecutor's argument violated his Sixth and Fourteenth Amendment rights to a jury trial and to due process. See Petition for Review, p. 13. Third, Romero claims that the trial court's use of the CALJIC 2.03 jury instruction violated his Sixth and Fourteenth Amendment rights to a jury trial and to due process. Liberally construed, the federal constitutional claims are cognizable in a federal habeas action.

Much of the argument in the petition for review attached to the habeas petition focused on state law errors. The state law claims are dismissed because they provide no potential for federal habeas relief. A federal court has jurisdiction to issue the writ to remedy violations of the laws, treaties, or Constitution of the United States, see 28 U.S.C. § 2254(a), but not to remedy violations of state law. Estelle v. McGuire, 502 U.S. 62, 67-68 (1991).

Romero requested that counsel be appointed to represent him in this action. A district court may appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain

2

1  representation." 18 U.S.C. § 3006A(a)(2)(B). The decision to appoint counsel is within the
2  discretion of the district court. <u>See</u> <u>Chaney v. Lewis</u>, 801 F.2d 1191, 1196 (9th Cir. 1986).
3  Appointment is mandatory only when the circumstances of a particular case indicate that
4  appointed counsel is necessary to prevent due process violations. <u>See</u> <u>id.</u>  The interests of
5  justice do not require appointment of counsel in this action.

## CONCLUSION

7      For the foregoing reasons,

8      1.    The petition states cognizable claim for habeas relief and warrants a response.

9      2.    The clerk shall serve by certified mail a copy of this order, the petition and all
10 attachments thereto upon respondent and respondent's attorney, the Attorney General of the
11 State of California.

12     3.    Respondent must file and serve upon petitioner, on or before **July 18, 2008**, an
13 answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases,
14 showing cause why a writ of habeas corpus should not be issued.  Respondent must file with
15 the answer a copy of all portions of the state court record that have been previously
16 transcribed and that are relevant to a determination of the issues presented by the petition.

17     4.    If petitioner wishes to respond to the answer, he must do so by filing a traverse
18 with the court and serving it on respondent on or before **August 29, 2008**.

19     5.    Petitioner is responsible for prosecuting this case.  He must keep the court
20 informed of any change of address and must comply with the court's orders in a timely
21 fashion.  Failure to do so may result in the dismissal of this action for failure to prosecute
22 pursuant to Federal Rule of Civil Procedure 41(b).

23     6.    Petitioner's letter request for appointment of counsel is DENIED.

24     7.    Petitioner's <u>in forma pauperis</u> application is GRANTED.  (Docket # 2.)

25     IT IS SO ORDERED.

26 DATED:  April 30, 2008

                                                  Marilyn Hall Patel
                                                  United States District Judge

3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE LENIN ROMERO,

        Plaintiff,

  v.

JAMES A. YATES et al,

        Defendant.
_____/

Case Number: CV08-01385 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose L. Romero V-91683
Pleasant Valley State Prison
P.O. Box 8502
Coalinga, CA 93210

Dated: April 30, 2008

                                      Richard W. Wieking, Clerk
                                      By: Frank Justiliano, Deputy Clerk