IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE LENIN ROMERO,** | Case No. C 08-1385 MHP (pr) |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **JAMES A. YATES, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file and serve an answer or motion to dismiss on or before **August 4, 2009.** Petitioner shall file and serve a traverse or opposition on or before **September 15, 2009**. If an opposition is filed, respondent shall file and serve his reply on or before **September 29, 2009**.

IT IS SO ORDERED.

Dated: __June 10, 2009_____    _____
The Honorable Judge Marilyn H. Patel

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

1

[Proposed] Order                                                                                     Romero v. Yates, Warden
                                                                                                     C 08-1385 MHP (pr)